1  **MILLSTONE PETERSON & WATTS, LLP**
2  Glenn W. Peterson, Esq. (SBN 126173)
   Stephen R. Hamilton, Esq. (SBN 243787)
3  2267 Lava Ridge Court, Suite 210
   Roseville, CA 95661
4  Telephone: (916) 780-8222
   Fax No: (916) 780-8775
5

6  Attorneys for Plaintiffs
   Welenco, Inc. and Water Well Technology, Inc.
7

8
                    **UNITED STATES DISTRICT COURT**
9
                     **EASTERN DISTRICT OF CALIFORNIA**
10

11 | WELENCO, INC., a California Corporation and ) | Case No. 2:13-cv-00287-KJM-CKD
12 | WATER WELL TECHNOLOGY, INC., a )
   | California Corporation, ) | **STIPULATION AND ORDER RE FILING AMENDED COMPLAINT**
13 | )
   |                     Plaintiff, )
14 |         vs. )
   | )
15 | ) | Honorable Kimberly J. Mueller
   | GARY W. CORBELL, individually and as )
16 | Trustee of THE GARY AND CONSTANCE ) | Complaint Filed: February 14, 2013
   | CORBELL TRUST U/T/D AUGUST 31, 1998; ) | Trial Date:       Not Set
17 | CRAIG G. CORBELL; MARK SHARLPESS; )
   | BOREDATA INCORPORATED, a California )
18 | Corporation, INC., and DOES 1 through 25, )
   | inclusively, )
19 | )
   |                     Defendants. )
20 | )
   | MARK SHARPLESS, an individual, )
21 | )
   |                     Counter-Complainant, )
22 |         vs. )
   | )
23 | )
   | WELENCO, INC., a California Corporation. )
24 | )
   |                     Counter-Defendants. )
25 | )
   | CRAIG G. CORBELL, an individual, )
26 | )
   |                     Cross-Complainant, )
27 |         vs. )
   | )
28 | )

| | |
|---|---|
| WELENCO, INC., a California Corporation, and ROES 1 through 50, inclusively, | ) ) ) |
| Cross-Defendants. | ) ) |

**IT IS HEREBY STIPULATED** between parties through counsel of record, Plaintiffs Welenco, Inc. and Water Well Technology, Inc., represented by their attorney of record, Glenn W. Peterson, Defendant Mark Sharpless, through his attorney of record, Frank Crum, Defendants Craig Corbell and Boredata, Inc., through their attorney of record, N. Thomas McCartney, and Defendant Gary W. Corbell, through his attorneys of record, Clifford & Brown, Richard G. Zimmer and T. Mark Smith that Plaintiffs are granted leave to file a First Amended Complaint. The Parties to this stipulation agree that defendants shall reserve the right to file any FRCP Rule 12(b) challenge to the First Amended Complaint. Further, this stipulation shall not constitute a waiver of objections to the jurisdiction or venue of this Court in the action.

Plaintiff shall file the First Amended Complaint attached hereto as Exhibit "1" within two (2) court days of the Court's signature of the Order.

IT IS SO STIPULATED.

DATED: July 23, 2013         **MILSTONE, PETERSON & WATTS, LLP**
                             *Attorneys at Law*


                             By:_____/s/ GLENN W. PETERSON_____
                                         GLENN W. PETERSON

                             Attorneys for Plaintiffs
                             Welenco, Inc. and Water Well Technology, Inc.

DATED: July 23, 2013         **THE LAW OFFICE OF FRANK J. CRUM**


                             By:_____/s/ FRANK CRUM_____
                                         FRANK CRUM
                                (AS AUTHORIZED ON JULY 17, 2013)

                             Attorneys for Defendant
                             Mark Sharpless

| | | |
|---|---|---|
| 1 | DATED:  July 23, 2013 | **MCCARTNEY GANONG LAW LLP** |
| 2 | | |
| 3 | | By:         /s/ N. THOMAS MCCARTNEY         |
| | | N. THOMAS MCCARTNEY |
| 4 | | (AS AUTHORIZED ON JULY 17, 2013) |
| 5 | | Attorneys for Defendants |
| | | Craig Corbell and Boredata, Inc. |
| 6 | | |
| 7 | | |
| | DATED:  July 23, 2013 | **CLIFFORD & BROWN** |
| 8 | | *A Professional Corporation* |
| 9 | | |
| 10 | | By:         /s/ T. MARK SMITH         |
| | | T. MARK SMITH |
| 11 | | (AS AUTHORIZED ON JULY 17, 2013) |
| 12 | | Attorneys for Defendant |
| | | Gary W. Corbell |

**IT IS SO ORDERED**

Dated: July 23, 2013.

_____
UNITED STATES DISTRICT JUDGE

    I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

**MILLSTONE PETERSON & WATTS, LLP**
/s/ Glenn W. Peterson