UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELENCO, INC., et al., | No. 2:13-cv-0287 KJM CKD |
| Plaintiffs, | |
| v. | ORDER |
| GARY CORBELL, et al., | |
| Defendants. | |

Defendant has noticed for hearing on February 11, 2015 six motions to compel and a motion to strike plaintiff's designated expert. ECF Nos. 88-94. The discovery cut-off is February 13, 2015. ECF No. 83. The scheduling order governing this matter provides in pertinent part that completion of discovery by the cut-off date "means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed." ECF No. 55 at 2:12-15. Defendant's last minute notice of the pending motions[1] to compel makes it virtually impossible for the parties to comply with the discovery cut-off date.

/////

/////

---

[1] It appears that some of the motions were set for hearing on December 17, 2014 but were then withdrawn. ECF Nos. 79-81.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The hearing date of February 11, 2015 is vacated. The parties are directed to meet and confer no later than January 30, 2015 regarding the pending motions. No later than February 4, 2015 at 12:00 p.m., the parties shall file a joint letter brief addressing any unresolved issues raised in the motions. The letter brief shall be limited to ten pages. The specific document requests and interrogatories in dispute and the expert report at issue may be submitted as a separate exhibit to the letter brief. The matter shall thereafter stand submitted.

2. The court reminds the parties that resolution of discovery disputes is available under the informal procedures set forth on the undersigned's court website.

Dated: January 22, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 welenco.sub