UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELENCO, INC., et al., | No. 2:13-cv-0287 KJM CKD |
| Plaintiffs, | |
| v. | ORDER |
| GARY CORBELL, et al., | |
| Defendants. | |

Defendants' motions to compel and to strike plaintiff's expert are pending before the court. The parties were directed to file a joint letter brief and the matter was submitted on the papers. Defendants have timely filed a letter brief; plaintiffs did not participate in the letter brief and have not filed opposition to the pending motions. Upon review of the documents in support, no opposition having been filed, and good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' motions to compel (ECF Nos. 88, 89, 90, 91, 92, 93) are granted. No later than February 13, 2015, plaintiffs shall provide full and complete responses, without objection, to defendants' first set of interrogatories and shall produce responsive documents, without objection, to requests for production of documents, sets one and two, propounded on plaintiffs Welenco, Inc. and Water Well Technology, Inc. Plaintiffs are cautioned that failure to comply with this order may result in the imposition of sanctions, including monetary sanctions and/or a recommendation that terminating sanctions issue.

1

2. Defendants' motion to strike the report and exclude the testimony of plaintiff's designated expert witness John Duffield (ECF No. 94) is granted.

Dated:  February 5, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 welenco.oah