UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELENCO, INC., et al., | No. 2:13-cv-0287 KJM CKD |
| Plaintiffs, | |
| v. | ORDER |
| GARY CORBELL, et al., | |
| Defendants. | |

On March 12, 2015, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. No objections to the findings and recommendations have been filed.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 12, 2015 are adopted in full.

/////

1

2. Defendants' motion for sanctions and joinder therein (ECF Nos. 100, 101) are granted in part.

3. Evidentiary sanctions are imposed on plaintiffs precluding plaintiffs from introducing into evidence, in opposition to the motion for summary judgment or at trial, any documents that were not produced by plaintiffs prior to February 14, 2015 and any testimonial evidence from witnesses John Duffield, Daniel Guardino, Tyler McMillan, or any person designated to testify on behalf of the corporate plaintiffs Welenco and Water Well.

4. In light of the adoption of the evidentiary sanctions, and as discussed with the parties at hearing on April 24, 2015, the parties are instructed to meet and confer regarding the status of the documents, declarations, and testimony that the court may consider in deciding the pending motions for summary judgment. The parties are directed to file a joint statement consistent with the court's instructions provided at hearing within fourteen (14) days.

IT IS SO ORDERED.

DATED: April 24, 2015.

_____
UNITED STATES DISTRICT JUDGE