CREGGER & CHALFANT LLP
THOMAS A. CREGGER, SBN 124402
701 University Avenue, Suite 110
Sacramento, CA  95825
Phone: (916) 443-4443
Fax: (916) 443-2124

Attorneys for Plaintiffs/Cross-Defendants
WELENCO, INC. & WATER WELL TECHNOLOGY, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELENCO, INC., a California Corporation and WATER WELL TECHNOLOGY, INC., a California Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>GARY W. CORBELL; individually and as Trustee of THE GARY AND CONSTANCE CORBELL TRUST U/T/D AUGUST 31, 1998; CRAIG G. CORBELL; MARK SHARPLESS; BORDEDATA INCORPORATED, INC., a California Corporation; DOES 1 through 25, inclusive,<br><br>Defendants.<br><br>AND CROSS ACTIONS. | Case No.: 2:13-CV-00287-KJM-CKD<br><br>**STIPULATION OF DISMISSAL AND ORDER THEREON** |

Defendant/counterclaimant, Craig G. Corbell, defendant, Boredata Inc., defendant, Gary W. Corbell, individually and as trustee of the Gary and Constance Corbell Trust U/T/D August 31, 1998, and plaintiffs, Welenco, Inc. and Water Well Technology, Inc., hereby stipulate to a dismissal of all claims, actions and causes of action, asserted in the complaint and counterclaim filed in the current civil action, with prejudice.  The parties further stipulate that with respect to the same, each party will bear their own costs and fees.

CREGGER & CHALFANT, LLP.
701 University Avenue, Suite 110
Sacramento, CA  95825
(916) 443-4443

STIPULATION OF DISMISSAL; ORDER THEREON
Case No.  2:13-CV-00287-KJM-CKD

1

1  DATE: April 20, 2016                    CREGGER & CHALFANT LLP

2

3                                          /s/ Thomas A. Cregger
                                           THOMAS A. CREGGER, SBN 124402
4                                          Attorneys for Plaintiffs and Cross-Defendants
                                           WELENCO, INC. & WATER WELL
5                                          TECHNOLOGY, INC.

6

7  DATE: April 20, 2016                    MCCARTNEY & ASSOCIATES

8

9                                          /s/ N. Thomas McCartney
                                           N. THOMAS MCCARTNEY, SBN 66758
                                           Attorneys for Defendant and Counter-Claimant
10                                         CRAIG G. CORBELL and Defendant BOREDATA
                                           INCORPORATED
11

12

13 DATE: April 15, 2016                    CLIFFORD & BROWN

14
                                           /s/ T. Mark Smith
15                                         RICHARD G. ZIMMER, SBN 107263
                                           T. MARK SMITH, SBN 162370
16                                         Attorneys for Defendant GARY W. CORBELL

17

18

19
                          **ORDER DISMISSING ACTION**
20

21     IT IS SO ORDERED.  The complaint and counterclaim are dismissed under Federal Rules

22 of Civil Procedure 41(a)(1) and (c) with prejudice.  All parties will bear their own costs and

23 attorney's fees.

24 Dated: April 21, 2017

25

26                                         UNITED STATES DISTRICT JUDGE

27

28

CREGGER & CHALFANT, LLP.
701 University Avenue, Suite 110
Sacramento, CA  95825
(916) 443-4443

STIPULATION OF DISMISSAL; ORDER THEREON
Case No.  2:13-CV-00287-KJM-CKD                2